# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

Steven Jackson,                                  )
                                                 )
          PLAINTIFF,                             )
                                                 )
vs.                                              ) CASE NO. 1:07CV 990-mef
                                                 )
Media, Inc., Fourdom Construction, LLC,          )
and Wallace Cooley.                              )
                                                 )
                                                 )
          DEFENDANT.                             )

## SUMMONS

_____TO DEFENDANT: Media, Inc., c/o Wallace Cooley, 6130 Eddins Road, Dothan, Alabama 36301_____

_____You are hereby summoned and required to serve upon plaintiff's attorney(s):   Gerald L.  Miller , Redden, Mills and Clark, 940 Financial Center, 505 North 20th Street, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within ___20___ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: ___11-6-07___

DEBRA HACKETT, CLERK

By: _____
        Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, Alabama 36101-0711

7004 3450 0003 3317 8879

**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

Steven Jackson,                                          )
                                                         )
      **PLAINTIFF,**                                )
                                                         )
**vs.**                                                  )CASE NO. 1:07CV990-mef
                                                         )
Media, Inc., Fourdom Construction, LLC,                  )
and Wallace Cooley.                                       )
                                                         )
                                                         )
      **DEFENDANT.**                               )

<u>**SUMMONS**</u>

    TO DEFENDANT: Fourdom Construction, LLC., c/o Wallace Cooley, 6130 Eddins Road, Dothan, Alabama 36301

    You are hereby summoned and required to serve upon plaintiff's attorney(s): Gerald L. Miller, Redden, Mills and Clark, 940 Financial Center, 505 North 20th Street, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within ___20___ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: _11-6-07_

DEBRA HACKETT, CLERK

By: _____
        Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, Alabama 36101-0711

7006 3450 0003 3317 0093

# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

Steven Jackson,                                  )
                                                 )
      PLAINTIFF,                          )
                                                 )
vs.                                              ) CASE NO. _1:07CV990-meg_
                                                 )
Media, Inc., Fourdom Construction, LLC,          )
and Wallace Cooley.                              )
                                                 )
                                                 )
      DEFENDANT.                          )

## SUMMONS

TO DEFENDANT:  Wallace Cooley, 6130 Eddins Road, Dothan, Alabama 36301

You are hereby summoned and required to serve upon plaintiff's attorney(s):  Gerald L.  Miller , Redden, Mills and Clark, 940 Financial Center, 505 North 20th Street, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within ____20____ days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE:_____11-6-07_____

                  DEBRA HACKETT, CLERK

                  By:

SEE REVERSE SIDE FOR RETURN

                  Deputy Clerk

                  (SEAL OF COURT)

NOTE: A separate summons must be
          prepared for each defendant.

                  CLERK, U. S. DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA
                  P.O. Box 711
                  Montgomery, Alabama 36101-0711

7006 3450 0003 3317 0086