| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Luke Coo__  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Luke Cooley  C. Date of Delivery: 11/7/07 |
| 1. Article Addressed to:<br><br>Fourdom Construction, LLC<br>c/o Wallace Cooley<br>6130 Eddins Road<br>Dothan, Alabama 36301 | D. Is delivery address different from item 1? ☐ Yes   ☒ No<br>If YES, enter delivery address below:<br>1:07CV990<br>S&C |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0003 3317 0093 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540