**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wallace Cooley
   6130 Eddins Road
   Dothan, Alabama 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Luke Coo[ley]_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)
Luke Cooley

C. Date of Delivery
11/7/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   1:07CV990
   S+C                2∂

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0003 3317 0086

PS Form 3811  February 2004     Domestic Return Receipt              102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Luke Cooley_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Luke Cooley  C. Date of Delivery 11/7/07 |
| 1. Article Addressed to:<br><br>Media, Inc.<br>c/o Wallace Cooley<br>6130 Eddins Road<br>Dothan, Alabama 36301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>1:07CV990<br>S+C                                    20 |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0003 3317 0079 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540