IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JACKSON, | ) |
|       Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:07cv990-MEF |
| MEDIA, INC., FOURDOM CONSTRUCTION, LLC, and WALLACE COOLEY, | ) |
|       Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Defendant, Fourdom Construction, LLC, by and through its undersigned attorneys, pursuant to Federal Rules of Civil Procedure 7.1, and in accordance with this Court's General Order Miscellaneous Case No. 00-3047, submits the following conflict disclosure statement:

1.  Defendant, Fourdom Construction, LLC, is a limited liability company organized under the laws of the State of Alabama. Fourdom Construction, LLC has no parent companies, subsidiaries, affiliates, partnerships, or similar entities. No publicly-held corporation owns more than ten percent (10%) of its membership interest.

Dated this 27th day of November, 2007.

                                    /S/   James D. Farmer
                                    James D. Farmer
                                    (ASB-8636-E67J)


                                    /S/   W. Davis Malone, III
                                    W. Davis Malone, III
                                    (ASB-2134-N67W)
                                    Attorneys for Defendant

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama   36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401
jdf@ffmlaw.com
wdm@ffmlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

> Gerald L. Miller, Esq.
> Attorney for Plaintiff
> Redden, Mills & Clark, LLC
> 940 Financial Center
> 505 20th Street North
> Birmingham, Alabama   35203-2605
> glm@rmclaw.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

> None

> /S/    James D. Farmer
> Of Counsel