IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:07cv990-MEF |
| MEDIA, INC., FOURDOM | ) |
| CONSTRUCTION, LLC , and | ) |
| WALLACE COOLEY, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

Defendant, Media, Inc., by and through its undersigned attorneys, pursuant to Federal Rules of Civil Procedure 7.1, and in accordance with this Court's General Order Miscellaneous Case No. 00-3047, submits the following conflict disclosure statement:

1.   Defendant, Media, Inc., is a corporation organized under the laws of the State of Alabama.  Media, Inc. has no parent companies, subsidiaries, affiliates, partnerships, or similar entities.  No publicly-held corporation owns more than ten percent (10%) of its stock.

Dated this 27th day of November, 2007.

/S/    James D. Farmer
James D. Farmer
(ASB-8636-E67J)


/S/    W. Davis Malone, III
W. Davis Malone, III
(ASB-2134-N67W)
Attorneys for Defendants

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama   36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401
jdf@ffmlaw.com
wdm@ffmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

> Gerald L. Miller, Esq.
> Attorney for Plaintiff
> Redden, Mills & Clark, LLC
> 940 Financial Center
> 505 20th Street North
> Birmingham, Alabama   35203-2605
> glm@rmclaw.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

> None


      /S/     James D. Farmer
      Of Counsel