IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

STEVEN JACKSON )
_____, )
 )
　　Plaintiff, )
 )
v. ) CASE NO. 1:07-cv-990-MEF-CSC
 )
MEDIA, INC., et al, )
_____, )
 )
　　Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __WALLACE COOLEY__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Media, Inc. | Shareholder, Director and Officer |
| Fordum Construction, LLC | Member |
| FUWO, LLC | Member |

12/3/2007
Date

/s/ James D. Farmer
(Signature)

James D. Farmer
(Counsel's Name)

Wallace Cooley
Counsel for (print names of all parties)

Post Office Drawer 668
Dothan, Alabama  36302
Address, City, State Zip Code

(334) 794-8596
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____James D. Farmer_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __3rd__ day of __December__ 20_07_, to:

Gerald L. Miller

| | |
|---|---|
| 12/3/2007 | /s/ James D. Farmer |
| Date | Signature |