## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Steven Jackson,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **vs.** | )**CASE NO.  1:07-cv-990-MEF** |
| | ) |
| **Media, Inc., Fourdom Construction, LLC,** | ) |
| **and Wallace Cooley.** | ) |
| | ) |
| | ) |
| **DEFENDANT.** | ) |

### REPORT OF PARTIES PLANNING MEETING

1.      Pursuant to Fed.  R.  Civ.  P.  26(f), a meeting was held on March 31, 2008; Participants were Gerald L.  Miller for the Plaintiff and James D.  Farmer for the Defendants.

2.      Pre-discovery Disclosures.  The parties will exchange the information required by Fed.  R.  Civ.  P.  26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

3.      Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

a.      All discovery will be commenced in time to be completed by January 15, 2009.

b.      A maximum of 25 interrogatories and requests for production of documents (including subparts) may be served by each party.  Responses will be due 30 days after service.

c.      A maximum of 20 requests for admission, other than requests for admissions used to authenticate documents, may be served by each party.  Responses will

be due 30 days after service.

      d.    A maximum of 6 depositions may be taken by Plaintiff and 6 by Defendant, excluding any experts.

      e.    Subjects of Discovery: the claims and defenses of the parties.

      f.    Each deposition will be limited to seven hours for parties and four hours for non-parties.

      g.    Reports from retained experts under Rule 26(a)(2) are due by Plaintiff on August 31, 2008 and by the Defendant on September 30, 2009.

Supplementations under Rule 26(e) will be due 30 days prior to the discovery cut off.

4.    Other Items.

      a.    The parties do not request a conference with the Court before entry of the scheduling order.

      b.    The parties cannot realistically evaluate settlement of this matter until near the close of discovery.

      c.    At this time, the parties do not wish the matter to be considered for proceeding under the Court's Alternative Dispute Resolution Plan.

      e.    The parties request a pretrial conference on February 16, 2008.

      f.    Plaintiff should be allowed until August 3, 2008 to join additional parties and to amend the pleadings and Defendant should be allowed until September 3, 2008.

      g.    Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and Defendant 30 days before trial.

      h.    The parties will have 10 days after service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3).

       i.     The case should be ready for trial by March 30, 2009 and at this time the trial is expected to take approximately one day.


Dated:     <u>April 2, 2008</u>

                             <u>/s/ Gerald L.  Miller</u>
                             GERALD L.  MILLER
                             Attorney for Plaintiff


**OF COUNSEL:**

REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

                             <u>/s/ James D.  Farmer</u>
                             JAMES D.  FARMER
                             <u>/s/ W.  Davis Malone, III</u>
                             W.  DAVIS MALONE, III
                             Attorneys for Defendants
                             Farmer, Farmer & Malone, P.A.
                             112 West Troy Street
                             Dothan, Alabama 36302
                             (334)794-8596